# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FAFANE DANIEL, | ) |
|         Plaintiff, | ) Case No. 2:11-cv-00605-PMP-GWF |
| vs. | ) **ORDER** |
| BANK OF AMERICA, *et al.*, | ) |
|         Defendants. | ) |

This matter is before the Court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. On May 11, 2011, the Court ordered that Plaintiff file a Certificate as to Interested Parties as required by LR 7.1-1 on or before May 23, 2011 (Order #4). To date, Plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** that Plaintiff file a Certificate as to Interested Parties as required by LR 7.1-1 no later than **June 20, 2011**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 10th day of June, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge