GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JORDAN P. SCHNITZER, ESQ.
Nevada Bar No. 10744
KRAVITZ, SCHNITZER SLOANE & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 222-4149
Facsimile: (702) 362-2203
Email: gschnitzer@kssattorneys.com
mmorgan@kssattorneys.com
jschnitzer@kssattorneys.com
*Attorneys for Defendants, BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.*

LAW OFFICES
KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.

**U.S. DISTRICT COURT OF NEVADA**

**DISTRICT OF NEVADA**

FAFANE DANIEL,

Plaintiff,

vs.

BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-100,

Defendants.

Case No.: 2-11-cv-00605-PMP-GWF

**ORDER EXPUNGING LIS PENDENS**

**THIS MATTER HAVING COME ON FOR HEARING** on June 27, 2011 at 9:00 a.m. before the Honorable Philip M. Pro, on Defendants' Motion to Expunge Lis Pendens, the Plaintiff having made no appearance, and the Defendants being represented by Melanie D. Morgan, Esq. of the law firm of Kravitz, Schnitzer, Sloane & Johnson, Chtd. The Court having heard arguments of counsel and having read all the papers and pleadings on file herein, and for good cause appearing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the particular Lis Pendens concerning the following described property situated in Clark County, Nevada:

Address: 9941 Cape May Street
Las Vegas, Nevada 89141
APN: 176-25-611-039

and recorded on the 19th day of April, 2011, as Instrument No. 201104190003283, in the Office of the County Recorder of Clark County, Nevada, is hereby expunged.

The Recorder of Clark County, Nevada is hereby directed to record this Order expunging Lis Pendens.

**DATED** this 27th day of June, 2011.

[signature]
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

KRAVITZ, SCHNITZER SLOANE & JOHNSON, CHTD.

/s/ MELANIE D. MORGAN, ESQ.
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JORDAN P. SCHNITZER, ESQ.
Nevada Bar No. 10744
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
*Attorneys for Defendants, BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.*

LAW OFFICES
KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.