UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| FAFANE DANIEL, | ) | 2:11-CV-00605-PMP-GWF |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; RECONSTRUCT COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

      Before the Court for consideration is Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (Doc. #20) filed July 29, 2011. On August 1, 2011, the Court entered an Order (Doc. #21) advising Plaintiff of her obligation to file a timely response to Defendants' Motion. To date, Plaintiff has failed to do so and thereby consents to the granting of Defendants' Motion.

      Moreover, a review of Defendants' Motion shows that Defendants are entitled to the relief requested on the merits.

///

///

///

///

**IT IS THEREFORE ORDERED that** Defendants' Motion to Dismiss or, in the Alternative, Motion for summary Judgment (Doc. #20) is **GRANTED**, and the Clerk of Court shall forthwith enter judgment in favor of Defendants and against Plaintiff Fafane Daniel.

DATED:  August 17, 2011.

_____
PHILIP M. PRO
United States District Judge